# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JENNIFER A. STEVENS

NO. 2021 KW 0779

**AUGUST 16, 2021**

---

In Re:   Jennifer A. Stevens, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 20-WDWI-027.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT